UNITED STATES DISTRICT COURT
For the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:15MC172

IN RE:   OFFICIAL COURT CLOSING

FILED
CHARLOTTE, NC
SEP 11 2015
US District Court
Western District of NC

## ORDER

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Friday, November 27, 2015, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will also be closed on December 24, 2015, and December 25, 2015, for the Christmas holiday.

The United States District Court for the Western District of North Carolina will close at 12:00 PM on December 31, 2015, and be closed on January 1, 2016, for the New Year holiday.

**IT IS, THEREFORE, ORDERED** this 10th day of September, 2015.

Frank D. Whitney, Chief
U.S. District Court Judge